FILED
4/27/18 10:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 17-22147-GLT |
| | : | Chapter 7 |
| RONALD S. JONES, | : | |
| | : | |
| Debtor. | : | |
| | : | |
| TERRI PATAK, | : | Adv. No. 17-2222-GLT |
| | : | |
| Plaintiff, | : | Related to Dkt. Nos. 18 and 27 |
| | : | |
| v. | : | |
| | : | |
| RONALD S. JONES, | : | |
| | : | |
| Defendant, | : | Status Conf.: June 20, 2018 at 11:00 a.m. |
| | : | |

## ORDER (I) DIRECTING PARTIES TO PREPARE A JOINT DISCOVERY PLAN AND STATEMENT OF ESTIMATED TIME OF TRIAL, AND (II) SCHEDULING A PRETRIAL STATUS CONFERENCE

**AND NOW**, it appearing that service of the *Second Amended Complaint (1) Objection to General Discharge and (2) for Determination of Dischargeability of Debt* [Dkt. No. 18] having been made upon the Defendant, and an *Answer and Affirmative Defenses to Second Amended Adversary Complaint* [Dkt. No. 27] having been filed, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. A pre-trial status conference is scheduled on **June 20, 2018** at **11:00 a.m.** in Courtroom A, 54th Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh, Pennsylvania 15219. Counsel to the parties are directed to appear and participate.

2. The parties in the above-captioned adversary proceeding are hereby directed to meet and confer (either in person, by telephone, or by way of e-mail) within 14 days of the date of this Order to discuss the terms and conditions of a Joint Discovery Plan and

Statement of Estimated Time of Trial (the "Joint Plan") for submission to the Court using the form attached to this Order as Exhibit A.

       3.      Within 14 days of the entry of this Order, the parties are directed to file with the Court a signed copy of their proposed Joint Plan. Upon receipt and review of the Joint Plan, the Court may approve, reject, modify, or take any other action with respect to any/all of the terms contained therein. Disagreements between the parties that cannot be resolved should be noted in the Joint Plan.

       4.      Failure of the parties to timely file a Joint Plan in the time designated by this Order may result in the Court imposing sanctions against any party failing to comply with the terms and conditions of this Order.

Dated: April 27, 2018

_____
GREGORY␣␣TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Attachment: Exhibit A

Case Administrator to Serve:
Debtor
Robert O. Lampl, Esq.
Samuel R. Grego, Esq.
Terri Patak
Robert Shearer, Esq. (Trustee)
Office of the United States Trustee

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | Case No.  XX-XXXXX-GLT |
| DEBTOR NAME(S), : | Chapter _____ |
| : | |
| Debtor(s). : | |
| : | |
| PLAINTIFF NAME(S), : | Adv. Proc. No. XX-XXXXX-GLT |
| : | |
| Plaintiff(s), : | |
| : | |
| v. : | |
| : | |
| DEFENDANT NAME(S), : | |
| : | |
| Defendant(s). : | |

**JOINT DISCOVERY PLAN AND STATEMENT OF ESTIMATED TIME OF TRIAL**
**(Dated:  _____)**

Pursuant to Federal Rule of Civil Procedure 26(f) as incorporated by Federal Rule of Bankruptcy Procedure 7026, a meeting between the parties was held on _____ and was attended by _____ for the Plaintiff(s) and _____ for the Defendant(s).  Having discussed the nature and basis of their claims and defenses, and the possibilities for a prompt settlement or other resolution, the parties agree upon the following Joint Discovery Plan and Statement of Estimated Time of Trial (the "Joint Plan").

1. The parties have made (or shall make by _____) all disclosures required by Federal Rule of Civil Procedure 26(a)(1) as incorporated by Federal Rule of Bankruptcy Procedure 7026 as follows:  [*Include a description of the subject matter, timing, and form of the Rule 26 disclosures, but do not submit the disclosures themselves to the Court.*]

2. The parties have concluded that discovery will be needed on the following subjects: [*Include a brief description of each subject upon which discovery will be necessary.*]

3. Disclosure or discovery of electronically stored information should be handled as follows: [*Include a brief description of the parties' proposals.*]

4. The parties have agreed to address claims of privilege, or of protection as trial-preparation material, asserted after inadvertent production as follows: [*Include a brief description of the agreed upon terms.*]

5. The parties shall have until _____ to complete fact discovery and to file discovery-related motions.

6. Each party shall serve no more than ____ interrogatories, including subparts. No broad contention interrogatories (*i.e.*, "List all facts supporting your claim that . . .") shall be used. Good cause must be shown for the allowance of more than 25 interrogatories (as provided for in Fed. R. Civ. P. 33 and Fed. R. Bankr. P. 7033), and answers to interrogatories shall be due no later than ____ days after service of the same.

7. Each side shall take no more than ____ depositions, each of which is not to exceed ____ hours (unless extended by agreement of the parties). Good cause must be shown for allowance of more than ten (10) depositions (as provided for in Fed. R. Civ. P. 30 and Fed. R. Bankr. P. 7030).

8. Each side shall serve no more than ____ requests for admissions. Answers to requests for admissions shall be due no later than ____ days after service of the same.

9. The parties shall have until _____ to move to join additional defendants, amend the pleadings to add additional claims or defenses, and/or file any other non-dispositive motions (*e.g.*, motions seeking consolidation, bifurcation, etc.).

10. The parties shall have until _____ to identify the subject matter/discipline of each expert witness that may be called at trial (if applicable). Names of expert witnesses and initial reports under Fed. R. Civ. P. 26(a)(2), as incorporated by Fed. R. Bankr. P. 7026, shall be due no later than _____, and rebuttal reports are due no later than _____. All parties claiming damages must, by no later than _____, identify and disclose the damages such party intends to provide at trial and identify and describe the manner and method in which such damages claims are calculated. All expert witness discovery shall be completed on or before _____.

11. The parties shall file any motion(s) for summary judgment by _____.

12. If a demand for a jury trial has been made, the parties [***DO/DO NOT***] consent to have such trial conducted by this Court.

13. If the adversary proceeding is a non-core matter under 28 U.S.C. §§ 157 and 1334, the parties [***DO/DO NOT***] consent to the entry of a final order by this Court.

14. The parties have estimated that approximately ____ days will be needed to conduct a trial in this case.

15. The parties shall be ready for a pretrial conference on or after _____, and the parties shall be ready to evaluate this case for settlement purposes at that time.

**WHEREFORE**, the parties to this adversary proceeding respectfully request that the Court enter an order authorizing and implementing this Joint Discovery Plan and Statement of Estimated Time of Trial, and grant such other relief as the Court deems just and proper.

[INSERT SIGNATURE BLOCKS CONTAINING SIGNATURES, NAMES, ATTORNEY I.D. NOS., ADDRESSES, TELEPHONE NUMBERS, FACSIMILE NUMBERS, AND E-MAIL ADDRESSES OF ATTORNEYS OR THE PARTIES (IF PRO SE).]